## DANIELS v. LEE'S COLLEGIATE INSTITUTE.

(Decided May 7, 1929.)

Fred K. Cope for movant.

Henry L. Spencer opposed.

PER CURIAM. Judgment for $300 in an action for breach of contract.

Appeal denied; judgment affirmed.

## BLACKBURN v. COMMONWEALTH.

(Decided May 14, 1929.)

James & Hobson and W. W. Williams for movant.

· J. W. Cammack, Atty. Gen., and James M. Gilbert, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the Prohibition Law, imposing a fine of $150 and 40 days in jail.

Appeal denied; judgment affirmed.

## WAGONER v. COMMONWEALTH.

(Decided May 14, 1929.)

William Blanton for movant.

J. W. Cammack, Atty. Gen., and Samuel B. Kirby, Jr., Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for carrying concealed a deadly weapon, imposing a fine of $100 and 40 days in jail.

Appeal denied; judgment affirmed.